UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: BENANTI & ASSOCIATES

777 EQUIPMENT FINANCE LLC

                                                    Plaintiff(s)

                                  Index # 2:21-CV-06092-GRB-ARL

- against -

                                  Purchased November 2, 2021

MOHAMAD S. KHAN

                                                    Defendant(s)

                                  **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 18, 2021 at 01:38 PM at

625 6TH AVENUE
NEW HYDE PARK, NY 11040

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; MISCELLANEIUS CASE INFORMATION SHEET; RULE 73 NOTICE; NOTICE, CONSENT, AND REFERENCE OF* on MOHAMAD S. KHAN therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to "JOHN" KHAN a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the RELATIVE of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BALD | 53 | 5'9 | 165 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

625 6TH AVENUE
NEW HYDE PARK, NY 11040

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 24, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

*A CIVIL ACTION TO MAGISTRATE JUDGE; EXHIBITS

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST NAME.

Sworn to me on: November 24, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

DAVID KLEINBERG

Invoice #: 774415

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045