**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

777 EQUIPMENT FINANCE LLC,

*Plaintiff*

v.

MOHAMAD S. KHAN,

*Defendant*

Case No. 2:21-CV-6092-GRB-ARL

**DECLARATION IN OPPOSITION**
**TO DEFAULT JUDGMENT**

I, J.R. Skrabanek, Esq. pursuant to 28 U.S.C. § 1746, declare as follows:

1)      Our firm has been retained to serve as counsel for Defendant, Mohamad S. Khan, in this action. I am admitted to practice in this District.

2)      Mr. Khan hired our firm on Thursday, January 20, 2022, two days before the deadline to show cause regarding Docket Entry #9. As such, I have only had a very brief opportunity to familiarize myself with this dispute.

3)      I have briefly reviewed the Complaint and its exhibits and note that all the documentation regarding any underlying loans are signed by a "Mohamad S. Khan" allegedly based in Charleston, South Carolina and later Hiram, Georgia.

4)      Our client, also named Mohamad S. Khan, has resided in New York his entire life and has no familiarity with or relationship to the original debtor, "LGE Organic LLC," a South Carolina entity, and he also does not recognize the signatures on any of the underlying paperwork.

5)      I have reviewed Mr. Khan's driver's license, and the signature on my client's driver's license does not appear to resemble the signatures on any of the underlying paperwork:



**VS.**

6)	Therefore, it appears this may simply be a case of mistaken identity.

7)	Given that it appears Mr. Khan possesses a meritorious defense to the underlying claims herein, and given our very recent retention, we respectfully request the Court permit a brief but reasonable opportunity to investigate further.

8)	The undersigned therefore requests a short extension of time to respond to the Complaint. The undersigned requests that Mr. Khan be permitted leave to respond to the Complaint no later than <u>February 4, 2022</u> (if the matter cannot otherwise be resolved between counsel before then). We believe that permitting this short extension will serve the interests of justice and judicial economy.

9)	I declare under penalty of perjury that the foregoing is true and correct.

Dated:	New York, NY
	January 21, 2022

Signed:

J.R. Skrabanek, Esq.
THOMPSON & SKRABANEK, PLLC
42 W. 38th Street, Suite 1002
New York, NY 10018
(646) 568-4280
jrs@ts-firm.com